United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RUBEN CARIAS QUINTANILLA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01657** |
| | § | |
| **WEBB COUNTY DETENTION** | § | |
| **CENTER, et al.,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Respondents' Advisory, (Dkt. No. 10), in which they advise the Court of Petitioner's imminent removal from the United States.

The Court **ORDERS** Respondents to file an additional advisory **by December 3, 2026, or within the 48 hours following Petitioner's removal, whichever comes first.** The advisory must inform the Court whether Petitioner has been removed from the United States or, if Petitioner has not yet been removed, what Respondents' intentions are for Petitioner's removal.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on November 12, 2026.

John A. Kazen
United States District Judge